

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br><br>V.<br><br>GERARDO MOJARRO,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:17-CR-00432-UA-35<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _September 18_, _2018_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Karen L. Stevenson_, in Courtroom _580_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _September 13, 2018_

_/s/ Karen L. Stevenson_
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                          Page 1 of 1